DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SANTIAGO DE JESUS AVILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00473 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | |
| SANTIAGO DE JESUS AVILES, | Date: February 12, 2010 |
| Defendant. | Time: 9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SUSAN PHAN, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant, Santiago de Jesus Aviles, that the date for status conference may be continued to February 12, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is December 18, 2009. The requested new date is February 12, 2010 at 9:00 a.m..**

Mr. Aviles is charged with a single count of being a Deported Alien Found in the United States, in violation of 8 U.S.C. § 1326(a) and (b)(2). He was arraigned and pled not guilty on December 11, 2009. It appears that this case may be appropriate for a fast-track disposition. This continuance is requested to allow time for the preparation of a pre-plea Presentence Investigation Report and for plea negotiations which may result in a resolution of this matter.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                  BENJAMIN WAGNER
                                  United States Attorney

DATED: December 16, 2009         By /s/ Susan Phan
                                  SUSAN PHAN
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                DANIEL J. BRODERICK
                                Federal Defender

DATED: December 16, 2009         By /s/ Eric V. Kersten
                                  ERIC V. KERSTEN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  SANTIAGO DE JESUS AVILES

## **O R D E R**

GOOD CAUSE EXISTS FOR THE REQUESTED CONTINUANCE.  The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   December 16, 2009**         /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE