DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SANTIAGO DE JESUS AVILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00473 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND |
| v. | ORDER THEREON |
| SANTIAGO DE JESUS AVILES, | Date: March 26, 2010 |
| Defendant. | Time: 9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SUSAN PHAN, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant, Santiago de Jesus Aviles, that the date for status conference may be continued to March 26, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is February 12, 2010. The requested new date is March 26, 2010 at 9:00 a.m..**

Mr. Aviles is charged with a single count of being a Deported Alien Found in the United States, in violation of 8 U.S.C. § 1326(a) and (b)(2). It appears that this case may be appropriate for a fast-track disposition. A pre-plea PSR worksheet was completed in December; however, through inadvertence, the worksheet was not forwarded to the United States Probation Office. This continuance is requested to allow time for the preparation of a pre-plea Presentence Investigation Report and for consideration of a possible fast-track plea offer.

1   The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2   effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the
3   ends of justice served by the granting of the requested continuance outweigh the interests of the public and
4   the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: February 10, 2010          By /s/ Susan Phan
                                     SUSAN PHAN
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: February 10, 2010          By /s/ Eric V. Kersten
                                     ERIC V. KERSTEN
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     SANTIAGO DE JESUS AVILES


## O R D E R

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:    February 10, 2010**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE